PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 29 2007

at _____ o'clock and _____ min. _____ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  JEAN SMITH          Case Number:  CR 03-00317DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                        U.S. District Judge

Date of Original Sentence:  10/4/2005

Original Offense:   <u>Count 1</u>:  Possession With Intent to Distribute 50 Grams or More
                    of Methamphetamine, in violation of 21 U.S.C. §§ 841(a) and
                    841(b)(1)(A), a Class A felony

Original Sentence:  Twelve (12) months and one (1) day imprisonment and five (5)
                    years supervised release with the following special conditions:
                    1) Defendant shall participate in a substance abuse program, which
                    may include drug and alcohol testing, at the discretion and direction
                    of the Probation Office.  The defendant is to refrain from the
                    possession and/or use of alcohol while participating in substance
                    abuse treatment; 2) Defendant shall provide the Probation Office
                    and the Financial Litigation Unit of the U.S. Attorney's Office
                    access to any requested financial information to include submitting
                    to periodic debtor's examinations as directed by the Probation
                    Office; 3) Defendant shall execute all financial disclosure forms
                    requested by the Probation Office and provide access to any
                    requested financial information; and 4) That the defendant shall
                    submit her person, residence, place of employment, or vehicle to a
                    search conducted by the U.S. Probation Office at a reasonable
                    time and in a reasonable manner, based upon reasonable
                    suspicion of contraband or evidence of a violation of a condition of
                    supervision.  Failure to submit to a search may be grounds for
                    revocation.  The defendant shall warn any other resident that the
                    premises may be subject to search pursuant to this condition.

Type of Supervision:  Supervised Release      Date Supervision Commenced:  9/1/2006

Prob 12B
(7/93)

2

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

*General Condition:*  *Jean Smith as a condition of supervision, shall refrain from any unlawful use of a controlled substance.  Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

## CAUSE

The subject's term of supervised release commenced in the Central District of California (CD/CA) on 9/1/2006.  Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modification.  Reportedly, the subject will soon complete an outpatient substance abuse treatment program.  In light of U.S. vs. Stephens, the probation officer is requesting the authority to continue random drug testing outside of treatment in order to monitor the subject's compliance.  The subject's substance abuse history includes daily use of methamphetamine and alcohol prior to her arrest for the instant offense.  The subject's criminal history includes two (2) convictions for Driving Under the Influence of Alcohol, and four (4) arrests for Driving Under the Influence of Alcohol or Drugs.

Our office supports this request and respectfully recommends the Court modify the mandatory drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term.  Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives her right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

*Timoth m.* ___ for:

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

*Timoth m.* ___

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  8/24/2007

Prob 12B
(7/93)

3

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

DAVID ALAN EZRA
U.S. District Judge

AUG 2 8 2007

Date

PROB 49
(3/89)

# United States District Court

District    Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Jean Smith as a condition of supervision, shall refrain from any unlawful use of a controlled substance. Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.


Witness _____          Signed _____
               U.S. Probation Officer                       Probationer or Supervised Releasee

                                7/3/07 _____
                                    Date